# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-1110
_____

JOSEPH NIEVES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

September 18, 2019


PER CURIAM.

AFFIRMED.

WOLF, MAKAR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Joseph Nieves, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.